UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

26-CR-20083-MARTINEZ/SANCHEZ
CASE NO. ______________________

18 U.S.C. § 1015(e)
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

v.

WALDY AMAURY FABIAN CASTRO,

Defendant.
_________________________________/

FILED BY BM D.C.
Mar 11, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**False Claim of United States Citizenship to Obtain a State or Federal Benefit**
**(18 U.S.C. § 1015(e))**

On or about September 19, 2024, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**WALDY AMAURY FABIAN CASTRO,**

an alien, did knowingly make a false statement and claim that he was citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from Puerto Rico, a United States social security card, and a Puerto Rico Driver's License in the name of "R.L.V.P.," as proof of his identity of citizenship, to induce and secure the

issuance of a State of Florida Driver's License, in violation of Title 18, United States Code, Section 1015(e).

**COUNT 2**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about September 19, 2024, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**WALDY AMAURY FABIAN CASTRO,**

during and in relation to a felony violation of Title 18, United States Code, Section 1015(e), that is, knowingly making a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, that is, a State of Florida Driver's License, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, a Puerto Rico birth certificate, a United States social security card, and a Puerto Rico Driver's License in the name of "R.L.V.P.," in violation of Title 18, United States Code, Section 1028A(a)(1).

TRUE BILL

[redacted]

FOREPERSON

JASON REDING QUIÑONES
UNITED STATES ATTORNEY

JACKSON K. DERING V
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.: 26-CR-20083-MARTINEZ/SANCHEZ**

**v.**

**CERTIFICATE OF TRIAL ATTORNEY**

WALDY AMAURY CASTRO,
______________________________/
Defendant.

**Court Division** (select one)
☑ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take 4 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ____________ Magistrate Case No. ____________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
9. Defendant(s) in federal custody as of n/a
10. Defendant(s) in state custody as of n/a
11. Rule 20 from the ________ District of ____________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: ______________________________
JACKSON K. DERING V
Assistant United States Attorney
FL Bar No. A5503449

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: WALDY AMAURY FABIAN CASTRO

**Case No**: ______________________

Count # 1:

False Claim of United States Citizenship to Obtain a State or Federal Benefit

Title 18, United States Code, Section 1015(e)

*** Max. Term of Imprisonment: Five (5) years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: One (1) Year**
*** Max. Fine: $250,000**

Count # 2:

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

***Max. Term of Imprisonment: 2 years, consecutive to any other term of imprisonment**
***Mandatory Min. Term of Imprisonment: Two (2) years**
***Max. Supervised Release: One (1) Year**
***Max. Fine: $250,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**